```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 08216
   ZELLIE RALLINGS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-2639

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/08/2005 and was confirmed 06/06/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 11/20/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------------
US BANK NA                 CURRENT MORTG         .00            .00            .00
JPMORGAN CHASE BANK/BANK   SECURED           6000.00         579.88        6000.00
AT&T BROADBAND             UNSECURED       NOT FILED            .00            .00
AT & T WIRELESS            UNSECURED       NOT FILED            .00            .00
AT&T WIRELESS              NOTICE ONLY     NOT FILED            .00            .00
GATEWAY                    UNSECURED       NOT FILED            .00            .00
GMAC                       UNSECURED       NOT FILED            .00            .00
PROVIDIAN NATIONAL BANK    UNSECURED       NOT FILED            .00            .00
PROVIDIAN                  NOTICE ONLY     NOT FILED            .00            .00
SPIEGEL                    UNSECURED       NOT FILED            .00            .00
SPIEGELS                   NOTICE ONLY     NOT FILED            .00            .00
T-MOBILE BANKRUPTCY        UNSECURED         223.95             .00         223.95
T MOBILE                   NOTICE ONLY     NOT FILED            .00            .00
VAN MAUR                   UNSECURED       NOT FILED            .00            .00
WESTLAKE COMMUNITY HOSPI   UNSECURED       NOT FILED            .00            .00
WESTLAKE HOSPITAL          NOTICE ONLY     NOT FILED            .00            .00
EMCC INC                   UNSECURED        1074.21             .00        1074.21
US BANK NA                 SECURED NOT I    1516.08             .00            .00
JPMORGAN CHASE BANK/BANK   UNSECURED         584.41             .00         584.41
KOFKIN SPRINGER & SCHEIN   DEBTOR ATTY     2,394.00                        2,394.00
TOM VAUGHN                 TRUSTEE                                           595.01
DEBTOR REFUND              REFUND                                             68.54

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              11,520.00

PRIORITY                                          .00
SECURED                                      6,000.00
    INTEREST                                   579.88

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 08216 ZELLIE RALLINGS
```

```
UNSECURED                                                   1,882.57
ADMINISTRATIVE                                              2,394.00
TRUSTEE COMPENSATION                                          595.01
DEBTOR REFUND                                                  68.54
                                      ---------------    ---------------
TOTALS                                      11,520.00         11,520.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 02/27/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE